NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SIERRA L. ALAIN, as personal　　　　)
representative of the Estate of Joshua　)
Caleb Alain, deceased,　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　Appellant,　　　　　　　)
　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　Case No. 2D18-3771
　　　　　　　　　　　　　　　　　)
EHC, INC., a Florida corporation d/b/a　)
and/or f/k/a EHC Construction, Inc.,　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　Appellee.　　　　　　　)
_____)

Opinion filed October 25, 2019.

Appeal from the Circuit Court for Collier
County; James R. Shenko, Judge.

Sorraya M. Solages-Jones of Lytal,
Reiter, Smith, Ivey & Fronrath, LLP,
West Palm Beach, for Appellant.

Sharon C. Degnan; and Kenneth Oliver
of Kubicki Draper, Orlando for
Appellee.


PER CURIAM.


　　　　　　　Affirmed.


KHOUZAM, C.J., and SALARIO and SMITH, JJ., Concur.